**Ricky Ricardo DANIEL, Petitioner– Appellant,**

v.

**WARDEN OF FCI BENNETTSVILLE, Respondent–Appellee,**

**and**

**United States of America, Respondent.**

**No. 12–7492.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Ricky Ricardo Daniel, Appellant Pro Se. Robert Frank Daley, Jr. Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Ricardo Daniel, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Daniel v. Warden of FCI Bennettsville*, No. 3:11–cv–01048–JFA, 2012 WL 3639118 (D.S.C. Aug. 23, 2012). We deny Daniel's motion for the provision of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*